IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Anthony Q. Robinson, #322734 | ) | C/A No.: 1:16-CV-260-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| McCormick Corr. Inst. Mailroom, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Anthony Q. Robinson ("Plaintiff"), proceeding pro se, filed this action alleging a violation of his constitutional rights. On February 8, 2016, the court allowed Plaintiff an opportunity to provide the documents necessary to advance his case. [ECF No. 7]. Plaintiff complied with the court's order and completed service documents for McCormick Correctional Institution Mailroom. [ECF No. 9]. Plaintiff also indicated he no longer wished to pursue a claim against Postal Director J. Franklin noting the prison was not cooperating and he could not find a full name for Director Franklin. [ECF No. 9-1]. On February 18, 2016, the court issued an order directing the complaint be served on the remaining defendant McCormick Corr. Inst. Mailroom. [ECF No. 12]. On May 31, 2016, the summons was returned to the court unexecuted with the notation "SCDC OGC cannot accept – not a proper entity." [ECF No. 16]. On July 29, 2016, the court ordered Plaintiff to provide updated service documents with information sufficient to identify a proper defendant in this case. [ECF No. 18]. Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.*

The time for response expired on August 22, 2016, and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

    IT IS SO ORDERED.

August 23, 2016                                       s/ R. Bryan Harwell
Florence, South Carolina                   R. Bryan Harwell
                                                    United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.